IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

| | | |
|---|---|---|
| BRUCE NOLAN, | ) | |
| | ) | |
| Plaintiff, | ) | Case No.: 4:13-cv-00016 |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| CAROLYN W. COLVIN, | ) | By: Hon. Jackson L. Kiser |
| Commissioner of Social Security, | ) | Senior United States District Judge |
| | ) | |
| Defendant. | ) | |

Before me is the Report and Recommendation ("the Report") of the United States Magistrate Judge recommending that an Order be entered denying Plaintiff's Motion for Summary Judgment, granting the Commissioner's Motion for Summary Judgment, and affirming the final decision of the Commissioner [ECF No. 20]. The Report was filed on May 21, 2014, from which date the parties had fourteen (14) days to file objections. No objections were filed. I have reviewed the Record for clear error and found none. Accordingly, it this day **ADJUDGED** and **ORDERED** that the Report shall be, and hereby is, **ADOPTED** in its entirety. Plaintiff's Motion for Summary Judgment or in the Alternative, Motion for Remand is **DENIED**, the Commissioner's Motion for Summary Judgment is **GRANTED**, the final decision of the Commissioner is **AFFIRMED**, and the Clerk is directed to **DISMISS** this case from the active docket of the Court.

The Clerk is directed to send a copy of this Order to all counsel of record as well as to Magistrate Judge Hoppe.

ENTERED this 12th day of June, 2014.

s/Jackson L. Kiser
SENIOR UNITED STATES DISTRICT JUDGE